FRANK M. WILLIAMS *et al.* Plaintiffs in Error, *vs.* ANN
ELIZA HUEY *et al.* Defendants in Error.

*Opinion filed April 23, 1914.*

APPEALS AND ERRORS—*an order sustaining a demurrer is not a
final, appealable order.* An order sustaining a demurrer to a bill
is not a final, appealable order even though it adjudges costs, and
the Supreme Court, having jurisdiction to review final orders, only,
will dismiss, of its own motion, a writ of error sued out to reverse
the order.

WRIT OF ERROR to the Circuit Court of Alexander
county; the Hon. WILLIAM N. BUTLER, Judge, presiding.

M. A. DEMPSEY, and T. D. HINES, for plaintiffs in
error.

DAVID S. LANSDEN, guardian *ad litem,* for defendants
in error.

Mr. CHIEF JUSTICE COOKE delivered the opinion of the
court:

On March 27, 1912, Frank M. Williams, individually
and as guardian of Claude Raymond Williams, and Anna
Huey Williams, filed their bill for partition in the circuit
court of Alexander county. A guardian *ad litem* was ap-
pointed for certain infant defendants, and the guardian
*ad litem* demurred to the bill. The demurrer was sus-
tained, and the complainants having elected to stand by
their bill, a decree was entered "that the said defendants
have and recover of and from the complainant herein their
costs in this behalf expended, and that in default of pay-
ment execution issue therefor; to which judgment the com-
plainants except and pray an appeal, * * * and this
cause is continued generally." This was the only order
or decree entered. It did not dismiss the bill or otherwise
finally dispose of the cause, but, on the contrary, the cause

was continued. This writ of error has been sued out to review this decree.

An order sustaining a demurrer, although it adjudges costs, is not a final decree. As the statute only authorizes final judgments or decrees to be reviewed by appeal or writ of error this court has no jurisdiction of the cause and will dismiss the writ of error of its own motion. *Chicago Portrait Co.* v. *Crayon Co.* 217 Ill. 200; *County of Franklin* v. *Blake,* 257 id. 354.

The writ of error is dismissed.       *Writ dismissed.*